994 A.2d 525

IN THE MATTER OF THOMAS A. DECLEMENTE,
AN ATTORNEY AT LAW.

May 27, 2010.

This matter having been duly presented to the Court, it is ORDERED that **THOMAS A. DECLEMENTE** of **SECAUCUS**, who was admitted to the bar of this State in 1971, and who was suspended from the practice of law for a period of three months effective February 18, 2010, by Order of this Court filed January 22, 2010, be restored to the practice of law, effective immediately.